| | |
|---|---|
| 1 | Christina M. Roberto No. 317139 |
| 2 | Patrick M. Laurence No. 228272 |
|   | Anneliese J. Bradley No. 347523 |
| 3 | **TITTMANN WEIX LLP** |
|   | 350 S. Grand Ave., Suite 1630 |
| 4 | Los Angeles, California 90071 |
|   | Phone: (213) 797-0630 |
| 5 | croberto@tittmannweix.com |
|   | plaurence@tittmannweix.com |
| 6 | abradley@tittmannweix.com |

Attorneys for Plaintiff
AMERICAN BANKERS INSURANCE COMPANY
OF FLORIDA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA –WESTERN DIVISION

| | |
|---|---|
| AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA, <br><br> Plaintiff, <br><br> v. <br><br> MIESHA SHAKES, KEVIN HART, and K. HART ENTERPRISES, INC., <br><br> Defendants. | Case No. 2:24-cv-02804-RGK-RAO <br><br> **STIPULATION AND NOTICE OF WITHDRAWAL OF MOTION TO COMPEL ARBITRATION AND DISMISS OR STAY THIS CASE [L.R. 7-16]** <br><br> **Hearing:** <br> Date:  July 15, 2024 <br> Time:  9:00 a.m. <br><br> Complaint Filed: April 5, 2024 |

**TO THE COURT, THE PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant Miesha Shakes ("Shakes") and Plaintiff American Bankers Insurance Company of Florida ("American Bankers") hereby stipulate and agree as follows.

**WHEREAS**, on June 11, 2024, Shakes filed a Notice of Motion and Motion to Compel Arbitration and Dismiss or Stay This Case ("Motion") without setting a specific date for the hearing on the Motion;

**WHEREAS**, on June 18, 2024, the Court entered a Scheduling Order setting the

hearing for the Motion on July 15, 2024;

**WHEREAS**, on June 24, 2024, American Bankers filed an Opposition to the Motion;

**WHEREAS**, Shakes and counsel for American Bankers thereafter discussed the case and agreed that the Motion should be withdrawn without prejudice so that the parties can explore settlement;

**WHEREAS**, Central District Local Rule 7-16 provides that any moving party who intends to withdraw a motion must file and serve a notice of withdrawal of the motion.

**NOW, THEREFORE,** Shakes and American Bankers hereby stipulate and agree that the Motion shall be and hereby is withdrawn and that Shakes may refile the Motion at a later date.

**IT IS SO STIPULATED.**

Dated: June 28, 2024        TITTMANN WEIX LLP


By: /s/ *Patrick M. Laurence*
     Christina M. Roberto
     Patrick M. Laurence
     Anneliese J. Bradley

Attorneys for Plaintiff
AMERICAN BANKERS INSURANCE
COMPANY OF FLORIDA

Dated: June 28, 2024


By: /s/ *Miesha Shakes*
     Miesha Shakes
     (Pro Se Litigant)

**ATTESTATION OF CONCURRENCE IN FILING**

In accordance with Local Rule 5-4.3.4(a)(2)(i), I attest that concurrence in the filing of this document has been obtained from each of the other signatories who are listed on the signature page.

Dated: June 28, 2024

TITTMANN WEIX LLP

By: */s/ Patrick M. Laurence*
    Christina M. Roberto
    Patrick M. Laurence
    Anneliese J. Bradley

Attorneys for Plaintiff
AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA