closed

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA –WESTERN DIVISION

| | |
|---|---|
| AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA,<br><br>    Plaintiff,<br><br>        v.<br><br>MIESHA SHAKES, KEVIN HART, and K. HART ENTERPRISES, INC.,<br><br>    Defendants. | Case No. 2:24-cv-02804-RGK-RAO<br><br>**[PROPOSED]** **JUDGMENT** |

Pursuant to this Court's March 17, 2025 Minute Order Re: Court Trial on the Briefs (Dkt. #55), it is hereby ORDERED, ADJUDGED, and DECREED:

1. Plaintiff American Bankers Insurance Company of Florida has no duty to defend or indemnify Defendant Miesha Shakes in the underlying case of *Kevin Hart, et al., v. Miesha Shakes, et al.*, Los Angeles County Superior Court Case No. 23STCV31516.

2. American Bankers Insurance Company of Florida is therefore entitled to relief on its Complaint for Declaratory Relief against Defendants Miesha Shakes, Kevin Hart, and K. Hart Enterprises, Inc.

The Clerk is ordered to enter this Judgment.

Dated: 3/26/2025

_____
JUDGE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE